IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER 323-942-7389, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY 310260647658913 | Criminal No. 18-6197-MPK |

## GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT

The government moves to unseal the warrant materials in the above captioned case. In support, the undersigned states that the warrants at issue did not lead to any federal criminal prosecution, but did have a bearing on the state prosecution of at least two defendants who have been arrested on drug charges. The undersigned was contacted by the Assistant District Attorney prosecuting the cases, who requested that the undersigned move to unseal the warrant materials and disclose them to the ADA so that she may review them and provide them as necessary to counsel for the defendants in discovery. Additionally, the investigation is complete and the unsealing of the warrant materials will no longer compromise any ongoing investigation. Accordingly, the government submits that the unsealing of the referenced warrant materials is in the interests of justice.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Theodore B. Heinrich*
   Theodore B. Heinrich
   Assistant U.S. Attorney

Date:  May 14, 2019